AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

36 C.F.R. §1004.12 Unlawful Parking, Class B Misdemeanor

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

E-Filing

**DEFENDANT - U.S.**

▶ CLEVELAND J. DANIELS

DISTRICT COURT NUMBER

CR 07 0387 MAG

PENALTY:
As to each count:
Maximum Prison Term of Six Months;
Maximum Fine $5,000;
Mandatory Special Assessment of $10.

**PROCEEDING**

Name of Complainant Agency, or Person (&Title, if any)
UNITED STATES PARK POLICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} SHOW DOCKET NO.

} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM — SCOTT N. SCHOOLS
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) DEREK R. OWENS

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ 4/1/2007
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION

11                     CR   07        0387   MAG

12  UNITED STATES OF AMERICA,        )   No.
                                     )
13         Plaintiff,                )   VIOLATIONS: Title 36, Code of Federal
                                     )   Regulations § 1004.12 - Unlawful Parking
14     v.                            )   (Class B Misdemeanor)
                                     )
15  CLEVELAND J. DANIELS,            )
                                     )   SAN FRANCISCO VENUE
16         Defendant.                )
                                     )
17  _____  )

18
19
                          I N F O R M A T I O N
20

21  The United States Attorney charges:

22     On or about April 1, 2007, in the Northern District of California, the defendant,

23                            CLEVELAND J. DANIELS,

24  failed to comply with the directions of a traffic control device, to wit, markings guiding the

25  parking of vehicles, in violation of Title 36, Code of Federal Regulations, Section 1004.12, a

26  //

27  //

28  //

INFORMATION

1  Class B Misdemeanor.

2

3  DATED: June 15, 2007          SCOTT N. SCHOOLS
                                  United States Attorney
4

5
                                  IOANA PETROU
6                                 Chief, Major Crimes Section

7

8  (Approved as to form: _____)
                            DEREK R. OWENS
9                           Special Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION