

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**FILED**

JUN 1 9 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **CR07-0387 MAG**
Case Name: **USA v. Cleveland J. Daniels, Jr.**

### TRIAL SHEET, EXHIBIT and WITNESS LIST

| MAGISTRATE JUDGE | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| BERNARD ZIMMERMAN | Derek Owens, Crystal Tindell | Cleveland J. Daniels, Jr. (pro per) |

| TRIAL DATE: | REPORTER(S): | CLERK: |
|---|---|---|
| June 19, 2007 | Sahar McVickar | LASHANDA SCOTT |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:43 p.m. | | | Judge cried in - court advised defendant of the charges. Defendant advised of his | |
| | | | | | rights and charges. AUSA waived jail time. Discussion re processing fee. | |
| | | | | | Court will not impose the processing fee. This is a class B misdemeanor. | |
| | | 1:50 p.m. | | | Plaintiff's witness sworn - Chris Jessie Petersen | |
| 1 | | 1:55 p.m. | 6/19 | | Plaintiff's Exhibit number 1 marked | |
| 2 | | 1:57 p.m. | 6/19 | 6/19 | Plaintiff's Exhibit number 2 marked and admitted | |
| 3 | | 1:58 p.m. | 6/19 | 6/19 | Plaintiff's Exhibit number 3 marked and admitted | |
| | | 1:59 p.m. | | | Defendant cross examination of witness - Petersen | |
| | | 2:01 p.m. | | | Defendant finished | |
| | | 2:01 p.m. | | | Court questions the witness - Petersen | |
| | | 2:02 p.m. | | | Court finished | |
| | | 2:02 p.m. | | | Plaintiff rest | |
| | | 2:03 p.m. | | | Defendant sworn - Cleveland Jack Daniels, Jr. | |
| | A-G | 2:06 p.m. | 6/19 | 6/19 | Defendant's Exhibits, A, B, C, D, E, F and G marked and admitted | |
| | E,D,F,G,C | 2:08 p.m. | | | Defendant's Exhibit E, D, F, G, C | |
| | A/B | 2:09 p.m. | | | Defendant's Exhibit A and B - red markings | |
| | | 2:10 p.m. | | | Defendant finished with examination | |
| | | 2:10 p.m. | | | Plaintiff cross examine witness Daniels | |
| | | 2:12 p.m. | | | Plaintiff finished | |
| | | 2:13 p.m. | | | Defendant redirect | |
| | | 2:13 p.m. | | | Defendant rest | |
| | | 2:13 p.m. | | | Plaintiff closing argument | |

Page ___1___

Case No: **CR07-0387 MAG**
Case Name: **USA v. Cleveland J. Daniels, Jr.**
Date: **June 19, 2007**
**Courtroom Deputy: Lashanda Scott   Court Reporter: Sahar McVickar**

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 2:17 p.m. | | | Plaintiff finished | |
| | | 2:17 p.m. | | | Defendant closing | |
| | | 2:19 p.m. | | | Defendant finished | |
| | | 2:19 p.m. | | | Court makes a finding that the defendant is not guilty of Section 1004.12. | |

Page 2

Case 3:07-cr-00387-BZ   Document 3   Filed 06/19/2007   Page 2 of 2